[No. 50010-4-I. Division One. December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT JAY HATCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00663-5, Anita L. Farris, J., entered January 30, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50374-0-I. Division One. December 22, 2003.]

*In the Matter of the Marriage of* VIVECA SANAI, *Appellant*, and SASSAN SANAI, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-3-00054-5, Joseph A. Thibodeau, J., entered April 12, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Ellington and Appelwick, JJ.

[No. 50796-6-I. Division One. December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERT GRASTON RAGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08445-0, George T. Mattson, J., entered December 22, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 50907-1-I. Division One. December 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEJANDRO NUNEZ NEVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00697-6, Steven J. Mura, J., entered July 22, 2002. *Affirmed* by unpublished per curiam opinion.